1

2

3

4   FILED ———ENTERED
    ———LODGED ———RECEIVED

    JAN 2- 2013

    AT SEATTLE
    CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    BY                                    DEPUTY



12-CV-00579-ORD

6

7

8                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                            AT SEATTLE

10   JACKI JEAN GRIFFIS,                    Case No. C12-579-JLR

11                  Plaintiff,

12                                          ORDER REVERSING AND
           v.                               REMANDING CASE FOR FURTHER
13                                          ADMINISTRATIVE PROCEEDINGS

     MICHAEL J. ASTRUE, Commissioner
14   of Social Security,

15                  Defendant.

16

17

18         The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

19   papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

20   the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the

21   record, does hereby find and ORDER:

22         (1)     The Court adopts the Report and Recommendation.

23         (2)     The final decision of the Commissioner is REVERSED and this case is

24   REMANDED to the Social Security Administration for further proceedings consistent with the

25   Report and Recommendation.

26

     ORDER REMANDING CASE
     PAGE - 1

1    (3)    The Clerk of the Court is directed to send copies of this Order to the parties and

2    to Judge Donohue.

3    DATED this ⅟ˢᵗ day of ___January___ , __2013__ .

4

5    _____

     JAMES L. ROBART
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REMANDING CASE
PAGE - 2